UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LEWIS & CLARK MARINE, INC. and JEFFERSON BARRACKS MARINE SERVICE, INC., <br><br> Petitioner, <br><br> vs. <br><br> DONNA COOMBS and RHONDA ROHR, <br><br> Claimants, <br><br> and <br><br> GARY PIPPINGER, <br><br> Third-Party Defendant. | ) ) ) ) ) ) ) ) No. 4:00CV1289-DJS ) ) ) ) ) ) ) ) ) ) |

**ORDER**

**IT IS HEREBY ORDERED**, no responses to the Court's July 19, 2004 show cause order having been filed, that the Clerk shall return payable to Lewis, Rice & Fingersh the $250 cost bond posted in the Court's registry by Lewis, Rice & Fingersh on August 14, 2000.

Dated this ___12th___ day of August, 2004.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE